For use by inmates in filing a complaint under Civil Rights Act, 42 USC § 1983.

**INMATE NAME:** Lawrence T. Taylor

**PRISONER NUMBER:** 1413874

**PLACE OF CONFINEMENT:** COFFEEWOOD CORRECTION CENTER, MITCHELLS, VA 22729

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 5 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Lawrence Tower Taylor

Vs.                            CIVIL ACTION NO. 7:15cv00171

Commonwealth of VIRGINIA, Mr. Harold W. Clarke, Director Virginia Department of Corrections (VDOC); Mr. A. David Robinson, Chief of VDOC Operations; Ms. Wendy Hobbs, Manager Special Projects, VDOC; Mr. Louis B. Cei, Operations Support Manager for VDOC. Also, unnamed parties for the Legal and Procurement/Contracting Division of VDOC in there official capacity of writing, reviewing, implementing and managing the sole source contract to JPay, Inc. for offender services.

JPay, Inc. (JPay), as the sole source contractor to VDOC for selected products and services sold to VDOC offender population via JPay owned and controlled computer kiosks and devices. JPay corporate officers by title, Chairman of the Board, President of JPay and Vice Presidents, Chief Executive Officer, Chief Information Officer, Head of Procurement/Contracts, Chief Operating Officer, Chief Legal Officer and other unnamed corporate officers responsible for all aspect of the VDOC sales and services of their products offered by the installed kiosks.

**A.** Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   **X** Yes            NO

1

**B.** If your answer to **A** is Yes, Describe the action in the space below

    1. Parties to the action: JPay, Inc.

    2. Court: United States District Court, Western District of Virginia

    3. Docket No.: 6

    4. Judge: Hon. Jackson L. Kiser

    5. Disposition: Dismissed without prejudice

**C.** Have you filed any grievances regarding the facts of your complaint?

        Yes    **XXX NO**

    1.  If your answer is Yes, complete the enclosed verified statement, indicating the results. Please attach evidence of your exhaustion of all available grievance procedures.

    2.  If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of grievance process in a timely fashion.

        **I have not found any authority, on Coffeewood Correction Center, that is willing to accept any complaints in regards to JPay, Inc. actions or lack thereof. See Attachment No. 1.**

**D.** Statement of Claim – State here briefly the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

2

**CLAIM NUMBER 1**

Mr. Harold W. Clarke, in his official capacity as Director VDOC, allowed VDOC to award a contract to JPay which allows JPay to infringe on The First Amendment of the U.S. Constitution and Religious Freedom, and the Religious Land Use and Institutionalized Persons Act (RLUIPA) by offering complete Holy Quran's[1] and not The Holy Bible[2].

A. David Robinson, Chief of VDOC Operations, for failure to manage or provide proper management of the contract with JPay that allows JPay to infringe on The First Amendment of the U.S. Constitution and Religious Freedom and the Religious Land Use and Institutionalized Persons Act (RLUIPA) by offering complete The Holy Quran[1] and not The Holy Bible[2].

Ms. Wendy Hobbs, Manager Special Projects VDOC, in her role as project manager for the contract awarded to JPAY that allows JPay to infringe on The First Amendment of the U.S. Constitution and Religious Freedom and the Religious Land Use and Institutionalized Persons Act (RLUIPA) by offering complete The Holy Quran[1] and not The Holy Bible[2].

Louis B. Cei, in his official capacity as Operations Support Manager VDOC, in his role as Operations Support Manager for the contract awarded to JPAY that allows JPay to infringe on The First Amendment of the U.S. Constitution and Religious Freedom and the Religious Land Use and Institutionalized Persons Act (RLUIPA) by offering complete The Holy Quran[1] and not The Holy Bible[2].

Unnamed parties for the VDOC Legal and Procurement/Contract Division in their capacity of authorizing, writing, reviewing and implementing the sole source contract to JPay that allows JPay to infringe on The First Amendment of the U.S. Constitution and Religious Freedom and the Religious Land Use and Institutionalized Persons Act (RLUIPA) by offering complete The Holy Quran[1] and not "The Holy Bible"[2]. They are also jointly and separately allowing JPay to operate without proper over cite in assuring that what is advertised on the JPay system is in fact available to the offender population of VDOC.

---

[1]. "The Holy Quran" in various versions/configurations.

[2]. "The Holy Bible" in various versions/configurations.

All of the above named and unnamed parties failed to provide a means for VDOC offenders to voice their grievances about JPay nor have they overseen the action by JPay to assure that they were operating within The Constitution of The United States of America and/or United States Legal Codes.

JPay is **the** "sole source contractor" to VDOC to provide offenders with a MP3 (JPay calls their unit a JP4). JPay is the only source that offenders may buy the MP3/JP4, music or books and other services for downloading to the MP3/JP4 and as such are a captive audience to JPay. It is JPay's responsibility as a vendor for VDOC to operate within the same Constitutional (The First Amendment of the U.S. Constitution and Religious Freedom and the Religious Land Use and Institutionalized Persons Act (RLUIPA)) and U.S. Codes as are required of the State of Virginia. By not providing The Holy Bible[2] but providing what appears to be complete The Holy Quran's[1], they are showing preference of one religion over another.

JPay corporate parties, by title, The Chairman of the Board, The Chief Executive Officer, President of JPay and Vice Presidents, Chief Information Officer, Head of Procurement, Chief Operating Officer, Chief Legal Officer, and other unnamed corporate officers and managers of JPay who as part of their duties are to oversee/manage the JPay contract for the MP3/JP4 management, sales, operation and support to the VDOC offender population.

**Claim Number 2**

JPay is misrepresenting and employing false/deceptive advertising on their VDOC kiosk system that among the **religious albums** available for purchase are (1) "The Holy Bible(s)"[2]. None of the various configurations of The Holy Bible[2] are close to being complete. All of the versions offered contain no more than 100 random chapters. Therefore, you are not able to purchase two or more versions to make a complete version of any of the advertised Bibles. Even knowing that these statements are false (albums are not complete) they continue to advertise these items for sale.

---

[1.] "The Holy Quran" in various versions/configurations.
[2.] "The Holy Bible" in various versions/configurations.

4

**E.** State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

From the following: Mr. Harold W. Clarke, Mr. A. David Robinson, Ms. Wendy Hobbs, Mr. Louis B. Cei, and unnamed parties for the Legal and Procurement/Contract Division of VDOC the sum of one thousand dollars ($1,000.00) per person/department/division for allowing JPay to infringe on my Constitutional rights.

From JPay, Inc. the sum of five million dollars ($5,000,000.00) plus all fees and expenses as documented for infringing on my Constitutional rights.

From JPay personnel parties by title: The Chairman of the Board, President of JPay and Vice Presidents, Chief Executive Officer, Chief Information Officer, Head of Procurement, Chief Operating Officer, Chief Legal Officer, and other unnamed corporate officers and staff of JPay who as part of their duties are to implement, oversee and manage the JPay contract for the MP3/JP4 sales, operation and support to the VDOC offender population. From each the sum of ten thousand dollars ($10,000.00) per person/department/division for infringing on my Constitutional rights.

SIGNED THIS _____ DAY OF _____, 2015.

_____
(Signature of Each Plaintiff)

**Verification:**

I, **Lawrence Tower Taylor**, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief factual, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filling fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED  4/10/15          SIGNED: _[signature]_